UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2491
(8:13-cv-00347-DKC)

_____


JEREMY MARKS,

           Plaintiff-Appellant,

v.

THOMAS DANN, et al.,

           Defendants-Appellees.


_____

**NOTICE OF FILING BY MAXTENA, INC.**
_____


Timothy J. McEvoy, Esq.
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 460-9341 (Direct)
(703) 273-8898 (Main)
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com

Counsel for Maxtena, Inc.


043006 - v2

Pursuant to the Court's Docketing Notice and the Rules of Court, Maxtena, Inc., by counsel, respectfully files its Appearance of Counsel and Disclosure of Corporate Affiliations and Other Interests.

Maxtena, Inc. does not believe it is a necessary party to Plaintiff-Appellant's interloculatory appeal of that portion of the District Court's July 24, 2013, Order dismissing Thomas Dann from the underlying litigation; however, in light of Appellant's docketing statement naming all defendants as parties to this appeal, Maxtena submits the Notice of Appearance and financial disclosure out of an abundance of caution.

Respectfully submitted,

/s/ Timothy J. McEvoy
Timothy J. McEvoy, Esq.
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 460-9341 (Direct)
(703) 273-8898 (Main)
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
Counsel for Maxtena, Inc.

043006 - v2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2014, I have filed a true and correct copy of the foregoing with the Clerk of Court via the CM/ECF efiling system which will send notification of this filing to all counsel of record.

/s/ Timothy J. McEvoy
Timothy J. McEvoy, Esq.
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 460-9341 (Direct)
(703) 273-8898 (Main)
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
Counsel for Maxtena, Inc.

043006 - v2